IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JOHN TAYLOR BACHMAN and KATHLEEN BRIDGET STRANIX, Administrators of the Estate of RIAN TAYLOR BACHMAN, Deceased,<br><br>　　　　Plaintiff,<br><br>v.<br><br>KINDERCARE EDUCATION AT WORK LLC d/b/a UVA CHILD DEVELOPMENT CENTER II,<br><br>　　　　Defendant. | Civil Action No. 3:19CV00078<br><br>**ORDER**<br><br>By: Hon. Glen E. Conrad<br>Senior United States District Judge |

This case is presently before the court on the parties' Federal Rule of Civil Procedure 26(f) report, which contains several requested modifications to the existing scheduling order. In accordance with the parties' agreement, and for good cause shown, it is hereby

**ORDERED**

that the joint request to modify the scheduling order is **GRANTED**. The existing scheduling order (Dkt. No. 9) is amended to reflect the modifications agreed to by the parties. All other provisions and deadlines remain unchanged and in effect.

The Clerk is directed to send a copy of this order to all counsel of record.

DATED: This 7th day of February, 2020.

/s/ Glen E. Conrad
Senior United States District Judge